STATE OF MONTANA, Plaintiff, vs. WILLIAM CARL ROGERS, Defendant.

No. 2281-A

DECISION

The application of the above-named defendant for a review of the sentence of 20 & 15 for Burglary & Assault to run concurrently, imposed on May 23rd, 1972, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed

We wish to thank George Martin of the Montana Defender Project for his assistance to the defendant and to this Court

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. MICHAEL DUANE STILLINGS, Defendant.

No. 6080C

DECISION

The application of the above-named defendant for a review of the sentence of 60 years for Murder Second Degree, imposed on November 23rd, 1971, was fully heard and after a careful consideration of the entire matter it is decided that:

This case is taken under advisement until such time as a complete psychiatric report is furnished to the Division.

We wish to thank Don Ostrem, Attorney at Law, for his assistance to the defendant and to this Court.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.

STATE OF MONTANA, Plaintiff, vs. JAMES M. WOLFE, Defendant.

No. 3206

DECISION

The application of the above-named defendant for a review of the sentence of 5 years for Burglary First Degree, imposed on February 28, 1973, was fully heard and after a careful consideration of the entire matter it is decided that:

The sentence be and remain as originally imposed.

DATED this 18th day of May, 1973.

SENTENCE REVIEW DIVISION

Paul G. Hatfield, chairman; Jack D. Shanstrom, Jack L. Green.